1  GARY Y. LEUNG, (Cal Bar No. 302928)
   Email:  leungg@sec.gov
2
   Attorney for Plaintiff
3  Securities and Exchange Commission
   Michele Wein Layne, Regional Director
4  Amy J. Longo, Regional Trial Counsel
   444 S. Flower Street, Ste. 900
5  Los Angeles, California 90071
   Telephone: (323) 965-3998
6  Facsimile: (213) 443-1904

7                UNITED STATES DISTRICT COURT

8               CENTRAL DISTRICT OF CALIFORNIA

9

10 | SECURITIES AND EXCHANGE          Case No 8:15-cv-01567-DOC-KES
   | COMMISSION,
11 |                                  **PLAINTIFF SEC'S RULE
   |          Plaintiff,              41(a)(1)(A)(i) NOTICE OF
12 |                                  DISMISSAL AS TO DEFENDANTS
   |                                  M&G CAP SERVICES AND ANDRES
13 |     vs.                          CALVO**
   |
14 | COMMODORE FINANCIAL
   | CORPORATION, CHRISTOPHER
15 | SCHLEGEL, M&G CAP SERVICES,
   | and ANDRES CALVO,
16 |
   |          Defendants.
17

18

19

20

21

22

23

24

25

26

27

28

1    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits

2  this notice of dismissal of its claims as to defendants Andres Calvo and M&G Cap

3  Services in accordance with Rule 41(a)(1)(A)(i).  Neither defendant that is the subject

4  of this Rule 41 notice of voluntary dismissal without a court order has answered the

5  Commission's complaint.  *See* Dkt. Nos. 19 and 20.

6

7  Dated:  June 19, 2020                                      Respectfully submitted,

8

9                                                                        */s/ Gary Y. Leung*

10                                                                      GARY Y. LEUNG
                                                                          Attorney for Plaintiff

11                                                                      Securities and Exchange Commission

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No 8:15-cv-01567-DOC-KES

**PROOF OF SERVICE**

I am over the age of 18 years and not a party to this action.  My business address is:

U.S. SECURITIES AND EXCHANGE COMMISSION,
444 S. Flower Street, Suite 900, Los Angeles, California 90071
Telephone No.  (323) 965-3213; Facsimile No.  (213) 443-1904.

On June 19, 2020, I caused to be served the document entitled **PLAINTIFF SEC'S RULE 41(a)(1)(A)(i) NOTICE OF DISMISSAL AS TO DEFENDANTS M&G CAP SERVICES AND ANDRES CALVO** on all the parties to this action addressed as stated on the attached service list:

☒  **OFFICE MAIL:**  By placing in sealed envelope(s), which I placed for collection and mailing today following ordinary business practices.  I am readily familiar with this agency's practice for collection and processing of correspondence for mailing; such correspondence would be deposited with the U.S. Postal Service on the same day in the ordinary course of business.

☐  **PERSONAL DEPOSIT IN MAIL:**  By placing in sealed envelope(s), which I personally deposited with the U.S. Postal Service.  Each such envelope was deposited with the U.S. Postal Service at Los Angeles, California, with first class

☐  **HAND DELIVERY:**  I caused to be hand delivered each such envelope to the office of the addressee as stated on the attached service list.

☐  **UNITED PARCEL SERVICE:**  By placing in sealed envelope(s) designated by United Parcel Service ("UPS") with delivery fees paid or provided for, which I deposited in a facility regularly maintained by UPS or delivered to a UPS courier, at Los Angeles, California.

☐  **ELECTRONIC MAIL:**  By transmitting the document by electronic mail to the electronic mail address as stated on the attached service list.

☒  **E-FILING:**  By causing the document to be electronically filed via the Court's CM/ECF system, which effects electronic service on counsel who are registered with the CM/ECF system.

☐  **FAX:**  By transmitting the document by facsimile transmission.  The transmission was reported as complete and without error.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  June 19, 2020                    */s/ Gary Y. Leung*
                                        GARY Y. LEUNG

*SEC v. Commodore Financial Corporation et al.*
**United States District Court—Central District of California**
**Case No. 8:15-cv-01567 DOC-KES**

## SERVICE LIST

Daniel A. Uribe, Esq.
Law Office of Daniel A. Uribe
1439 East Chapman Avenue
Orange, CA 92866
***Attorney for Defendant Commodore Financial Corporation***

Christopher Schlegel
c/o Shafter MCCF
1150 East Ash Avenue
Shafter, CA 93263